IN THE UNITED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMOTHY LORD PRICE                                                              PLAINTIFF

VS.                                                        CAUSE NO.: 1:18CV00006-SA-JMV

NANCY BERRYHILL,
*COMMISSIONER OF SOCIAL SECURITY*                                  DEFENDANT

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Transfer Case [5]. The undersigned has considered the motion and is of the opinion that the same should be denied.

Essentially, Plaintiff asserts that because U.S. Magistrate Judge David Sanders presided over the initial appeal—which resulted in remand of this case to the Social Security Administration for further proceedings and is now back before this Court on appeal a second time—the case should be reassigned to Judge Sanders in the interest of judicial economy since he is in the "best position to determine whether the Administrative Law Judge's decision on remand complies with the specific areas of inquiry which Magistrate Judge Sanders ordered the" ALJ to address.

As an initial matter, Plaintiff cites no legal authority in support of his motion. Second, I am unaware of anything that would prevent the undersigned U.S. Magistrate Judge from thoroughly reviewing the entire record of this case and reaching a just decision on the merits in a timely fashion. Finally, to the extent the instant motion seeks the undersigned's recusal, no basis for the same has been established. Accordingly, the motion is DENIED.

SO ORDERED this, the 12th day of March, 2018.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE