IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMOTHY LORD PRICE                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.: 1:18-cv-00006-JMV

NANCY A. BERRYHILL,
Commissioner of Social Security                                      DEFENDANT

## **ORDER**

Having Considered the Defendant's Unopposed Motion for Remand, for good cause shown, the motion is GRANTED. Accordingly, this case is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to comply with the District Court's December 22, 2016, order and further evaluate the opinion of Robert Shearin, M.D., and the claimant's residual functional capacity and include evidence to support the residual functional capacity ultimately found. In addition, at step five, the Administrative Law Judge will be instructed to further consider the claimant's vocational factors and if warranted, obtain supplemental vocational expert testimony.

SIGNED this 16th day of July, 2018.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE