IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMOTHY LORD PRICE                                                                              PLAINTIFF

v.                                                                         CIVIL ACTION NO.:  1:18-cv-00006-JMV

NANCY A. BERRYHILL,
Commissioner of Social Security                                                          DEFENDANT

## FINAL JUDGMENT

Pursuant to the Order granting reversal and remand for further proceedings filed in this matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the Administrative Law Judge to comply with the District Court's December 22, 2016, order and further evaluate the opinion of Robert Shearin, M.D., and the claimant's residual functional capacity and include substantial evidence to support the residual functional capacity ultimately found.  In addition, at step five, the Administrative Law Judge will be instructed to further consider the claimant's vocational factors and if warranted, obtain supplemental vocational expert testimony.

SIGNED this 16th day of July, 2018.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE